IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KENNA ROTHERMEL,

        Plaintiff,

v.                                       Case No. 22-1194-JWB

SHERIFF JEFF EASTER,
*in his official capacity*, and
TONY LOSAVIO

        Defendants.

## VERDICT FORM

### Defendant LoSavio

**42 U.S.C. § 1983 Claim against Defendant LoSavio:**

1. Do you find, by a preponderance of the evidence, that Defendant LoSavio, acting under color of state law, violated Plaintiff's constitutional rights?

    Yes ✓        No ___

**Kansas State Law Battery and Outrageous Conduct Claims against Defendant LoSavio:**

2. Do you find, by a preponderance of the evidence, that Defendant LoSavio committed battery against Plaintiff?

    Yes ✓        No ___

3. Do you find, by a preponderance of the evidence, that Defendant LoSavio is liable for the tort of outrage?

    Yes ✓        No ___

## Defendant Sheriff Easter

### 42 U.S.C. § 1983 Claim against Defendant Sheriff Easter:

4. Do you find, by a preponderance of the evidence, that Defendant Sheriff Easter maintained a policy or custom of inadequate supervision, and did so with deliberate indifference toward a substantial risk of sexual assault or battery by Tony LoSavio, and that this caused the violation of Plaintiff's Eighth and Fourteenth Amendment rights?

Yes ____      No ✓

### Kansas State Law Negligence Claim against Defendant Sheriff Easter:

5. Do you find Plaintiff Kenna Rothermel or Defendant Sheriff Easter to be at fault in Plaintiff's negligence claim against Defendant Sheriff Easter?

Yes ✓      No ____

[ANSWER QUESTION 6 ONLY IF YOU ANSWERED "YES" TO QUESTION 5. IF YOU ANSWERED "NO" TO QUESTION 5, GO TO QUESTION 7 BECAUSE YOUR DELIBERATIONS ARE OVER FOR THE NEGLIGENCE CLAIM AGAINST DEFENDANT SHERIFF EASTER.]

6. Considering all of the fault at one hundred percent, what percentage of the fault is attributable to each of the following persons?

| | | |
|---|---|---|
| Kenna Rothermel | (0% to 100%) | 100 % |
| Sheriff Jeff Easter | (0% to 100%) | 0 % |

TOTAL FAULT 100%

### Damages

[ANSWER QUESTION 7 IF YOU ANSWERED "YES" TO ANY OF QUESTIONS 1, 2, 3, 4, **AND/OR** FOUND THE FAULT OF KENNA ROTHERMEL TO BE LESS THAN 50% OF THE TOTAL FAULT IN QUESTION 6. OTHERWISE SKIP QUESTION 7.]

7. What amount of actual or compensatory damages do you find were sustained by Plaintiff Kenna Rothermel? (If you find that Plaintiff suffered insignificant damages, or damages that cannot be ascertained, may award nominal damages in the amount of $1.00.)

Total:      $ 1.00

2

8.     Were the answers to all of the questions on this verdict form unanimous?

       Yes ✓             No ___

                                             6/28/2024
                                             Date

                                             [redacted]